UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **LAWRENCE WILLIAMS** | * | **CIVIL ACTION NO. 13-0478** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **ANTONIO JOHNSON** | * | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

Before the court is a motion for reconsideration [doc. # 38] filed by plaintiff pro se, Lawrence Williams. [doc. # 38]. By this motion, plaintiff petitions the court to reconsider its supposed April 16, 2014, judgment in favor of defendant. However, the sole order/judgment entered by the court on April 16, 2014, was an order granting defendant permission to file a reply memorandum in support of his pending motion for summary judgment. *See* April 16, 2014, Order [doc. # 36]). The order did not grant defendant's pending motion for summary judgment. In fact, by separate report and recommendation issued this date, the undersigned has recommended that the District Court *deny* defendant's motion for summary judgment.

In sum, plaintiff's instant motion is unsupported and without merit. Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration [doc. # 38] is hereby DENIED.[1]

In chambers, at Monroe, Louisiana, this 30th day of April 2014.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE

---

[1] As this motion is not excepted within 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this order is issued under the authority thereof, and in accordance with the standing order of this court. Any appeal must be made to the district judge in accordance with Rule 72(a) and LR 74.1(W).