UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LAWRENCE WILLIAMS | * | CIVIL ACTION NO. 13-0478 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ANTONIO JOHNSON | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion for Summary Judgment [Doc. No. 30] filed by Defendant Antonio Johnson is hereby DENIED.

IT IS FURTHER ORDERED that this matter is referred to the assigned magistrate judge to hold an evidentiary hearing (to include all witnesses and evidence to be presented by all parties) and, thereafter, to issue findings to the Court, via report and recommendation.

MONROE, LOUISIANA, this 22nd day of May, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE