UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **LAWRENCE WILLIAMS** | **\*** | **CIVIL ACTION NO. 13-0478** |
| **VERSUS** | **\*** | **JUDGE ROBERT G. JAMES** |
| **ANTONIO JOHNSON** | **\*** | **MAG. JUDGE KAREN L. HAYES** |

<u>ORDER</u>

Before the court are two letter-motions [doc. #s 52 & 53] submitted by plaintiff pro se Lawrence Williams.[1] The court resolves each motion, as follows,

a) <u>Request for Video Footage</u>

In a letter received by the court on July 8, 2014, Williams requested a copy of video footage from 2012-2014. [doc. # 52].[2] Although the discovery period is now closed,[3] the court notes that defendant Antonio Johnson intends to introduce excerpts of certain video records to demonstrate the lack of smoke in the dormitories. *See* Def. Pretrial Memo. [doc. # 50]. Given these circumstances, Williams' letter-motion is hereby GRANTED-IN-PART. By Friday, July 18, 2014, defendant shall provide plaintiff with a copy of the video footage from the respective camera(s) for the entire length of each day (i.e., 1/22/2014, 5/25/2014, 5/30/2014, 6/4/2014, and

---

[1] As these motions are not excepted within 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this order is issued under the authority thereof, and in accordance with the standing order of this court. Any appeal must be made to the district judge in accordance with Rule 72(a) and L.R. 74.1(W).

[2] Williams further stated that three of his witnesses had been transferred.

[3] *See* Aug. 5, 2014, Mem. Order [doc. # 20].

6/11/2014) that he intends to introduce into evidence, together with the means for Williams to view the footage. Otherwise, the motion is DENIED.

b) <u>Revise Witness List</u>

In a letter received by the court on July 11, 2014, Williams requested permission to revise his witness list to add Zenas Fruge' # 18872 and Cortney Plumbar # 20559 in lieu of Terry Folse, Sr., and Anthony Freeman. [doc. # 53]. Upon review of the accompanying declarations, the letter-motion is GRANTED.

IT IS ORDERED that the *writs of habeas corpus ad testificandum* previously issued for Terry Folse, Sr. and Anthony Freeman are hereby RECALLED.

IT IS FURTHER ORDERED that *writs of habeas corpus ad testificandum* issue to the Warden of the Madison Parish Detention/Correctional Center, Tallulah, Louisiana, directing that inmates, Zenas Fruge' # 18872 and Cortney Plumbar # 20559, be delivered and produced at the U.S. Courthouse, 201 Jackson Street, Monroe, Louisiana, on or before **9:00 A.M. on July 22, 2014**, and that said inmates' custodian maintain control over them throughout the hearing and up to and including their return to the Madison Parish Detention/Correctional Center, Tallulah, Louisiana, following the conclusion of the hearing.

In Chambers, at Monroe, Louisiana, this 14th day of July 2014.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE