## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| LAWRENCE WILLIAMS | * | CIVIL ACTION NO.   13-0478 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ANTONIO JOHNSON | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the motion for judgment on partial findings (incorrectly styled as a "motion for judgment as a matter of law") [Doc. No. 56] filed by Defendant Antonio Johnson is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lawrence Williams' claims against Defendant Antonio Johnson are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for transfer and compensatory damages [Doc. No. 60] is hereby **DENIED**.

**MONROE, LOUISIANA**, this 21st day of November, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE